UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:11-cr-0399-LDG-GWF |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ALEJANDRO DIAZ-FLORES, | |
| Defendant. | |

The United States has filed a motion to dismiss the indictment against the defendant pursuant to Fed. R. Crim. P. 48 (#16, non-opposition #17).  Accordingly,

THE COURT HEREBY ORDERS that the motion to dismiss (#16) is GRANTED, and that the indictment is DISMISSED.

THE COURT FURTHER DIRECTS the Bureau of Prisons to release the defendant as soon as possible.

Dated this _30_ day of November, 2011.

_____
Lloyd D. George
United States District Judge